**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00423-CV

———————————

## IN RE 8650 FRISCO, LLC D/B/A ESTILO GAUCHO BRAZILIAN STEAKHOUSE, MANDONA, LLC, GALOVELHO, LLC, BAHTCHE, LLC, CLAUDIO NUNES, AND DAVID JEIEL RODRIGUES, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC, Claudio Nunes, and David Jeiel Rodrigues, have filed a petition for a writ of mandamus, contending that respondent, the Honorable Jaclanel McFarland, abused her discretion in compelling discovery requested by real parties in interest, Los Cucos Mexican

Café VIII, Inc., Los Cucos Mexican Café IV, Inc., Manuel Cabrera, and Sergio Cabrera , and imposing sanctions against relators.[1]

We deny the petition. We deny relators' request for sanctions against real parties in interest and dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.

---

[1] The underlying case is *Los Cucos Mexican Café VIII, Inc., Los Cucos Mexican Café IV, Inc., Manuel Cabrera, and Sergio Cabrera v. 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC. Claudio Nunes, and David Jeiel Rodrigues*, Cause No. 2014-10896, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.